AO 442 (Rev. 11/11) Arrest Warrant    FID 11703531

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 1:44 pm, Aug 08, 2024

| | |
|---|---|
| United States of America<br>v.<br>Andrew Kade Starling<br><br>*Defendant* | ) Case: 1:24-mj-00244<br>) Assigned to: Judge Faruqui, Zia M.<br>) Assign Date: 8/8/2024<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Andrew Kade Starling,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 08/08/2024

2024.08.08 12:59:23 -04'00'
*Issuing officer's signature*

City and state:  Washington, D.C.    Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/08/2024, and the person was arrested on *(date)* 08/12/2024
at *(city and state)* Wilmington, NC.

Date: August 12, 2024

*J. Russ Fields*
*Arresting officer's signature*

J. Russ Fields; Deputy U.S. Marshal
*Printed name and title*